UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MERVIN MOORE,

                  Plaintiff,

    -against-

DEPT. OF CORRECTIONS, WARDEN SHAW, and
CORRECTION OFFICER M.MASON #6982,

                  Defendants.
------------------------------------X

08 Civ. 2820 (DAB)
ORDER

DEBORAH A. BATTS, United States District Judge.

    Plaintiff filed this action pro se on January 30, 2008. The Court is in receipt of Plaintiff Mervin Moore's Application for the Court to Request Counsel dated May 25, 2008. Plaintiff should understand that even were the Court to grant his application, that would still not guarantee him an attorney. The granting of an application for counsel in a pro se civil case simply has the effect of referring the plaintiff's name to the Pro Bono Panel of the Court's Pro Se Office. There is no guarantee that any volunteer attorney on the Pro Bono Panel will choose to take the plaintiff's case.

    In any event, after a review of the docket the Court finds Plaintiff's application to be premature. Accordingly, Plaintiff's application to be referred to the Pro Bono Panel for possible appointment of counsel is DENIED.

    SO ORDERED.

Dated:    New York, New York
            June 3, 2008

*Deborah A. Batts*
Deborah A. Batts
United States District Judge