UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MERVIN MOORE 2100700456
                Plaintiff,

    - against -

CORRECTION OFFICER M. MASON #6982
& DEPT. OF CORRECTION'S WARDEN SHAW

------------------------------------------------------------X

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 Civ. 2820 DAB(GWG)

USDC SDNY
DOCUMENT
[ELECTRONICALLY FILED]
DATE FILED: 7/23/08

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**X**    General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___    Specific Non-Dispositive Motion/Dispute:*

_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___    Settlement*

___    Inquest After Default/Damages Hearing

___    Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___    Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose: _____

___    Habeas Corpus

___    Social Security

___    Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion: _____

    All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
           July 23, 2008

*Deborah A. Batts*
United States District Judge